# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Teresa Waddell, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>City of Phoenix, )<br>)<br>    Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>CV 11-2092-PHX-FJM |

\_\_\_  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed March 14, 2013, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

                                                BRIAN D. KARTH
                                                District Court Executive/Clerk

March 14, 2013
                                               s/Kathy Gerchar
                                               By: Deputy Clerk

cc: (all counsel)